**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01563-CV
No. 05-12-01566-CV
No. 05-12-01567-CV

**CONTINENTAL HERITAGE INSURANCE COMPANY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-42292-I, F11-42291-I, and F11-72467-I**

## ORDER

The Court has before it appellant's April 8, 2013 third motion for extension of time to file brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on April 8, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
           JUSTICE